UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20036
_____

In the Matter of: JACOBO XACUR,

Debtor.

FELIPE XACUR; JOSE MARIA XACUR; JACOBO XACUR,

Appellants,

versus

BANCO NACIONALE DE MEXICO SA; BANCOMER SA;
BANCO MEXICANO SA; BANCA SERFIN SA; BANCO
BILBAO VIZCAYA-MEXICO SA; CONFIA SA; BANCO
INVERLAT SA; CALIFORNIA COMMERCE BANK,

Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-97-CV-3283)
_____
March 8, 2000

Before DAVIS, JONES and MAGILL[*] Circuit Judges.

PER CURIAM:[**]

        The court has carefully considered this appeal in light
of the oral arguments, briefs, and pertinent portions of the
record.  We are convinced that the district and bankruptcy courts
did not clearly err in determining that the debts owed by the

---

        [*] Circuit Judge of the Eighth Circuit, sitting by designation.

        [**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

brothers were neither contingent nor subject to bona fide dispute. There was no reversible error in the exercise of personal jurisdiction over Jacobo Xacur, who lives, does business in and owns property in the United States and Southern District of Texas. This court lacks jurisdiction to consider the district court's denial of rehearing based on a request to abstain from hearing these cases pursuant to 11 U.S.C. § 305(c).

The judgment of the district and bankruptcy courts are therefore AFFIRMED.